UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 08-CR-342

JUAN ALBERTO TORRES-MENDOZA,
    a/k/a  OSCAR ARANDA-TORRES,
    a/k/a  CARLOS M. TORRES,
    a/k/a  CARLOS TORRES-MENDOZA,

    Defendant.

## DECISION AND ORDER ADOPTING THE RECOMMENDATION, AND GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE TO THE GREEN BAY DIVISION

On February 23, 2009, Magistrate Judge Patricia J. Gorence issued a recommendation that this court enter an order granting defendant Juan Alberto Torres-Mendoza's motion to transfer venue to the Green Bay Division of the Eastern District of Wisconsin. The parties had five business days to file a written objection to the recommendation. Hearing no objections and finding that the recommendation is not clearly erroneous,

IT IS ORDERED that defendant Torres-Mendoza's motion to transfer venue to the Green Bay Division of the Eastern District of Wisconsin is granted.

Dated at Milwaukee, Wisconsin, this 3rd day of March 2009.

BY THE COURT

s/ C.N. Clevert, Jr.
C. N. CLEVERT, JR.
U. S. DISTRICT JUDGE